UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:15-CR-077-JCM-(VCF) |
| ERIC JAMAR GOODALL, | ) ) ) |
| Defendant. | ) |

**AMENDED PRELIMINARY ORDER OF FORFEITURE**

This Court finds that defendant ERIC JAMAR GOODALL pled guilty to Counts One, Two, and Four of a Four-Count Criminal Indictment charging him in Counts One and Two with Conspiracy to Interfere with Commerce by Robbery (Hobbs Act Robbery Conspiracy) in violation of Title 18, United States Code, Section 1951(a) and in Count Four with Brandishing of a Firearm in a Crime of Violence in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii). Criminal Indictment, ECF No. 50; Plea Agreement, ECF No. 63; Change of Plea, ECF No. 65; Preliminary Order of Forfeiture, ECF No. 66.

This Court finds defendant ERIC JAMAR GOODALL agreed to the forfeiture of the property and the imposition of the in personam criminal forfeiture money judgments set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment. Criminal Indictment, ECF No. 50; Plea Agreement, ECF No. 63; Change of Plea, ECF No. 65; Preliminary Order of Forfeiture, ECF No. 66.

/ / /

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and the offenses to which defendant ERIC JAMAR GOODALL pled guilty.

The following assets are:  (1) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1951(a), or a conspiracy to commit such offense; (2) any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 1951(a); and (3) any firearm or ammunition intended to be used in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 1951(a), and are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Sections 924(d)(1), (2)(C), and (3)(A) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p):

    1.  $214.59 in United States Currency;

    2.  a 9 mm semiautomatic handgun, Intratec model TEC-9, serial number 65201; and

    3.  any and all ammunition

(all of which constitutes "property")

and an in personam criminal forfeiture money judgment including, but not limited to, at least $12,088.92 in United States Currency, to be held jointly and severally liable with all co-defendants, and an in personam criminal forfeiture money judgment including, but not limited to, at least $700,000 in United States Currency, to be held jointly and severally liable with all co-defendants, and that the property will not be applied toward the payment of the money judgment.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

/ / /

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States recover from ERIC JAMAR GOODALL criminal forfeiture money judgments in the amounts of $12,088.92 and $700,000 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of ERIC JAMAR GOODALL in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact Indictment for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days

/ / /

after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

>    Michael A. Humphreys
>    Assistant United States Attorney
>    Daniel D. Hollingsworth
>    Assistant United States Attorney
>    Lloyd D. George United States Courthouse
>    333 Las Vegas Boulevard South, Suite 5000
>    Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED July 2, 2015.

_____
UNITED STATES DISTRICT JUDGE

4

**PROOF OF SERVICE**

0I, Mary Stolz, Forfeiture Support Associates Paralegal, certify that the following individual was served with a copy of the Preliminary Order of Forfeiture on July 1, 2015, by the below identified method of service:

<u>Electronic Filing</u>

Todd M. Leventhal
Leventhal & Associates
626 South Third Street
Las Vegas, NV 89101
todlev@yahoo.com
Counsel for Eric Jamar Goodall

                                /s/ Mary Stolz
                                Mary Stolz
                                Forfeiture Support Associates Paralegal