```
TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 427-8686
```
*Attorney for Eric J. Goodall*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ERIC J. GOODALL, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:15-cr-00077-JCM-VCF <br><br> **STIPULATION TO CONTINUE SENTENCING AND DISPOSITION** |

IT IS HEREBY STIPULATED AND AGREED by and between Defendant, ERIC J. GOODALL, by and through his counsel, TODD M. LEVENTHAL, ESQ., and the United States of America, by its counsel, DANIEL J. COWHIG, Assistant U.S. Attorney, that the Sentencing in the above-captioned matter currently set for Tuesday, October 27, 2015 be reset for at least 30 days.

This Stipulation is entered into for the following reasons

1. Mr. Leventhal needs additional time to ferret out issues pending that are vital to Mr. Goodall's sentencing and disposition.

2. Mr. Goodall is currently in custody and agrees to the continuance.

3. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

4. Mr. Leventhal has spoken to DANIEL J. COWHIG , Assistant United States Attorney, and he has no objection to this continuance.

5. The additional time requested by this Stipulation is excludable in computing the time

1 within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United
2 States Code, Section 3161 (h)(7)(A), when considering the factors under Title 18, United States
3 Code, Section3161(h)(7)(b)i and 3161 (h)(7)(b)(iv).  In addition, the continuance sought is not for
4 of delay and the ends of justice are in fact served by the granting of such a continuance which
5 outweigh the best interest of the public and the defendant in a speedy trial.

8       DATED this 26$^{the}$ day of October, 2015.

11   /s/ Todd M. Leventhal /s/                                        /s/ Daniel J. Cowhig /s/
   TODD M. LEVENTHAL, ESQ.                                    DANIEL J. COWHIG
12 Counsel for defendant                                                       Assistant U.S. Attorney

TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 427-8686
*Attorney for Eric J. Goodall*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ERIC J. GOODALL ) <br> ) <br> Defendant. ) <br> ) | 2:15-cr-00077-JCM-VCF |

**FINDINGS OF FACT**

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. Mr. Leventhal needs additional time to ferret out issues pending that are vital to Mr. Goodall's sentencing and disposition.

2. Mr. Goodall is currently in custody and agrees to the continuance.

3. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

4. Mr. Leventhal has spoken to DANIEL J. COWHIG , Assistant United States Attorney, and he has no objection to this continuance.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(7)(A), when considering the factors under Title 18, United States Code, Section3161(h)(7)(b)i and 3161 (h)(7)(b)(iv).  In addition, the continuance sought is not for of delay and the ends of justice are in fact served by the granting of such a continuance which outweigh the best interest of the public and the defendant in a speedy trial.

# CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendants in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A) considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and (ii).

# ORDER

Accordingly, IT IS SO ORDERED that the current Sentencing is vacated and the same is continued and reset for the **7th day of December, 2015 at 10:30 a.m., in courtroom #6A.**

Dated this 27th day of October, 2015

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE