**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:15-cr-00077-JCM-VCF |
| vs. | **ORDER** |
| ERIC JAMAR GOODALL, | |
| Defendant. | |

Before the Court is *USA v. Eric Jamar Goodall,* case no. 2:15-cr-00077-JCM-VCF.

On May 26, 2015, Defendant pled guilty to count(s) 1, 2, and 4 of the indictment. (#65). Sentencing is scheduled for December 7, 2015. (#75). On November 19, 2015, Defendant Goodall filed the Motion to Dismiss Counsel (#76) on his own behalf. Mr. Todd Leventhal is currently Defendant's counsel and has not withdrawn from the matter. (#18).

Pursuant to Local Rule IA 10-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. An attorney who has appeared for a party shall be recognized by the Court and all the parties as having control of the client's case." Here, Mr. Leventhal is defendant's counsel of record (#18) and has not filed a motion to withdraw as counsel; thus, defendant may not file motions on his own behalf. *See* Local Rule IA 10-6(a).

Accordingly, for the reasons stated above,

IT IS HEREBY ORDERED that the Motion to Dismiss Counsel (#76) is deemed improper and STRICKEN.

DATED this 23rd day of November, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE