# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THEREN PHILLIP FRAZIER, PHILLIP ALLERSON VAUGHN, ERIC JAMAR GOODALL,<br><br>Defendants. | 2:15-cr-00077-JCM-VCF<br><br>**ORDER** |

Before the court is Defendant Eric Jamar Goodall's Motion to Dismiss Counsel and Appoint New Counsel (#80) and Motion for Temporary Exemption from Local Rule IA 10-6(a) (#81).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Defendant Eric Jamar Goodall's Motion to Dismiss Counsel and Appoint New Counsel (#80) and Motion for Temporary Exemption from Local Rule IA 10-6(a) (#81) is scheduled for 10:00 a.m., January 15, 2016, in courtroom 3D.

The U.S. Marshal is directed to transport defendant Goodall to and from the hearing.

DATED this 31st day of December, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE