# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:15-cr-00077-JCM-VCF |
| vs. | **ORDER** |
| ERIC JAMAR GOODALL, | |
| Defendant. | |

Before the Court are Eric Jamar Goodall's Motion for Temporary Exemption from Local Rule IA 10-6(a) (ECF No. 101) and Motion to Dismiss (ECF No. 102).

**A. Background**

Defendant made his initial appearance on November 20, 2014 and CJA panel attorney, Todd Leventhal, was appointed as counsel of record. (ECF No. 15). Defendant was remanded to custody. On January 15 2016, the Court held a hearing on Defendant's Motion to Dismiss Counsel and granted the motion. Yi Lin Zheng, Esq. was appointed as counsel of record for Defendant. (ECF No. 84).

**Motion**

Defendant Goodall filed the instant motions on his own behalf. (ECF Nos. 101 and 102). He is seeking an exception to Local Rule IA 10-6(a) to dismiss his attorney, Yi Lin Zheng, Esq. (ECF No. 101) and to dismiss his indictment in ECF No. 102.

**C. Discussion**

Local Rule IA 10-6(a) is no longer in effect. The Court adopted amendments to the local rules of practice on May 1, 2016. Currently, pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by

attorney cannot while so represented appear or act in the case.  This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all fillings must thereafter be made the attorney."  As Ms. Zheng is currently defendant's counsel of record (ECF No. 84) and has not filed a motion to withdraw as counsel, defendant may not file motions on his own behalf. *See* Local Rule IA 11-6(a).  The motions filed by Defendant as stated above are deemed improper and stricken.

Accordingly,

IT IS HEREBY ORDERED that the Motion for Temporary Exemption from Local Rule IA 10-6(a) (ECF No. 101) and Motion to Dismiss (ECF No. 102) are hereby STRICKEN.

DATED this 22nd day of July, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE