# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ERIC JAMAR GOODALL,<br><br>        Defendant. | 2:15-cr-00077-JCM-VCF<br><br>**ORDER** |

Before the Court are the Motion to Withdraw Guilty Plea from Plea Agreement (ECF No. 108) and Motion for Temporary Exemption from Local Rule IA 10-6(a) (ECF No. 109).

IT IS HEREBY ORDERED that a hearing on Motion to Withdraw Guilty Plea from Plea Agreement (ECF No. 108) and Motion for Temporary Exemption from Local Rule IA 10-6(a) (ECF No. 109) is scheduled for 2:00 p.m., September 29, 2016, in Courtroom 3D.

IT IS FURTHER ORDERED that any opposition must be filed on or before September 27, 2016. No reply necessary.

U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 20th day of September, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE