# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

ERIC JAMAR GOODALL,

            Defendant.

2:15-cr-00077-JCM-VCF

**ORDER**

Before the Court is the Motion to Withdraw as Counsel of Record (ECF No. 114).

IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Counsel of Record (ECF No. 114) is scheduled for 2:00 p.m., September 29, 2016, in Courtroom 3D.

DATED this 27th day of September, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE