

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, ) 2:15-CR-077-JCM-(VCF)
)
Plaintiff, )
)
v. ) Final Order of Forfeiture
)
ERIC JAMAR GOODALL, )
)
Defendant. )

The United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(A) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant Eric Jamar Goodall to the criminal offenses, forfeiting the property and imposing in personam criminal forfeiture money judgments set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant Eric Jamar Goodall pled guilty. Criminal Indictment, ECF No. 50; Plea Agreement, ECF No. 63; Change of Plea, ECF No. 65; Amended Preliminary Order of Forfeiture, ECF No. 68.

Pursuant to *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017), the government is reducing the money judgment amounts to one amount of $12,088.92.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 9, 2015, through August 7, 2015, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 70.

This Court finds the United States of America notified known third parties by personal service, or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Service of Process – Mail, ECF No. 69.

On July 7, 2015, the United States Attorney's Office served The Estate of Earl W. Cooley, c/o Terry L. Cooley, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular and certified mail return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 69.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described is condemned, forfeited, and vested in the United States of America:

1. $214.59 in United States Currency;
2. a 9 mm semiautomatic handgun, Intratec model TEC-9, serial number ITEC65201; and
3. any and all ammunition

(all of which constitutes property); and

that the United States recover from Eric Jamar Goodall an in personam criminal forfeiture money judgment of $12,088.92, and that the property will not be applied toward the payment of the money judgment; and

the forfeiture of the money judgment and the property is imposed pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(A) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(p); and Title 21, United States Code, Section 853(n)(7); that the money judgment shall be collected; and that the property and the collected amount shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 20th day of Dec., 2017.

_____
UNITED STATES DISTRICT JUDGE