IN THE UNITED STATES DISTRICT COURT

                              FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,      )
                               ) Case No. 2:15-cr-0077-JCM-VCF
               Plaintiff(s),   )
                               )   ORDER TEMPORARILY
vs.                            )   UNSEALING AUDIO RECORDING
                               )
ERIC JAMAL GOODALL,            )
                               )
               Defendant(s).   )
_____)

       Angela H. Downs, Esq., filed a Designation of Transcripts (Doc. 159). Of the transcripts requested, the following docket numbers are proceedings that are either sealed or contain a sealed portion: Docket No. 139. The transcript(s) are to be prepared by AMBER McCLANE, Transcriber.

       **IT IS THE ORDER OF THE COURT** that the sealed audio recording shall be unsealed for the limited purpose of preparing the transcript by AMBER McCLANE and providing a copy of the transcript to Angela H. Downs, Esq., as requested.

       **IT IS FURTHER ORDERED** that the audio recording shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and remain sealed until further order of this Court.

       **IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 1 3 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

Amber McClane, CCR 914
(702) 384-0429

1 | parties directly concerned with this case.
2 | **DATED** this 13th day of March, 2018

_____
CAM FERENBACH
United States Magistrate